**From:** Brian McMonagle <bmcmonagle@mpmpc.com>
**Sent:** Monday, October 28, 2024 5:36 PM
**To:** Dedra Brannan <Dedra_Brannan@paed.uscourts.gov>; louis.lappen_usdoj.gov <Louis.lappen@usdoj.gov>
**Subject:** Re: 24-cr-346-1-JMY(10.1.24) Cr Notice of Hearing.pdf

**CAUTION - EXTERNAL:**

Dedra

I am writing to seek the Court's permission to postpone Mr. Hardy's Change of Plea Hearing for 30 days. I have spoken to AUSA Lappen and he has no objection to our request.

Thank you for your consideration of my request.

Brian