Dear Judge Younge,

I am writing to advise Your Honor that I was informed today by defense counsel in this matter, Brian McMonagle, that the defendant is no longer agreeing to plead guilty and be charged by information. Therefore, the parties respectfully request that Your Honor cancel the arraignment and plea hearing scheduled for December 3, 2024. The parties are available to provide further information or address this matter with the Court at any time. Thank you very much.

Respectfully,

*Louis D. Lappen*