UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | Case No.   24-cr-346-1-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **TRACY HARDY**, | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 2nd day of December, 2024, it is hereby **ORDERED** that the Hearing in the above-captioned matter, scheduled for December 3, 2024 at 12:30 P.M. is **CANCELED UNTIL FURTHER NOTICE**.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge